# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 15, 2023

## NO. 03-21-00346-CV

**Natin Paul, Appellant**

**v.**

**ATX Lender 5, LLC, Appellee**

## APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, TRIANA, AND THEOFANIS
### AFFIRMED -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the judgment signed by the trial court on April 27, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.